**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Erscell Julius WORLDS, Defendant-Appellant.**

No. 16-6482

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Erscell Julius Worlds, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erscell Julius Worlds appeals the district court's order denying his 18 U.S.C. § 3582(c) motion for a sentence reduction.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Worlds, No. 2:14-cr-00141-AWA-LRL-1 (E.D. Va. Mar. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* Worlds' notice of appeal was not timely filed. We decline to dismiss the appeal, however, because the Government has not moved to dismiss the appeal, and the appeal period in

criminal cases is not jurisdictional. United States v. Urutyan, 564 F.3d 679, 684–86 (4th Cir. 2009).